1  PATRICK T. CONNOR, Bar No. 89136
   pconnor@deconsel.com
2  MARGARET R. GIFFORD, Bar No. 118222
   mgifford@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier: 213/488-4180
6
7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br>  Plaintiffs,<br><br> v.<br><br> MICHAEL CHRISTOPHER FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership; TRACY ELLEN FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership; CREATIVE CEILING SOLUTIONS, a partnership; and DOES 1 through 10, inclusive,<br><br>  Defendants.<br>_____ | CASE NO. CV 11-3924 GAF(MRWx)<br><br>JUDGMENT<br><br><br>Before the Honorable<br>   Gary A. Feess<br><br><br>DATE: September 12, 2011<br>TIME: 9:30 a.m.<br>CTRM: 740 |

This case came for hearing on September 12, 2011 before the Honorable

Gary A. Feess, United States District Court Judge.

////

1  It appearing that defendants, MICHAEL CHRISTOPHER FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership, TRACY ELLEN FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership; CREATIVE CEILING SOLUTIONS, a partnership, ("DEFENDANTS") having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST MICHAEL CHRISTOPHER FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership, TRACY ELLEN FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership; CREATIVE CEILING SOLUTIONS, a partnership:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $27,494.00 |
| 2. | Liquidated damages based on original contributions | 14,884.58 |
| 3. | Audit Fees | 169.20 |
| 4. | Interest from due dates to September 12, 2011 (accruing at $5.24 per day) | 1,725.68 |

////

| | | |
|---|---|---:|
|5.|Attorneys' fees pursuant to Local Rule 55-3|3,168.54|
| |GRAND TOTAL|$47,442.00|

6. Plus costs to be determined after entry of judgment.

7. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 0.1% per annum.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS'S SECOND CLAIM FOR RELIEF AGAINST MICHAEL CHRISTOPHER FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership, TRACY ELLEN FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership; CREATIVE CEILING SOLUTIONS, a partnership:</u>

1. For issuance of a permanent injunction restraining and enjoining DEFENDANTS for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period May 2011 through the present,

    b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANTS, employed during the previous month under the AGREEMENT,

    c. A declaration from a responsible employee of DEFENDANTS, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANTS's Monthly Report; and

////

////

1         d.     Checks for the full amount shown as owing to each Trust on
2 DEFENDANTS's Monthly Report, payable as designated on the Monthly Report.

5 DATED: September 20, 2011 _____
                                    THE HONORABLE GARY A. FEESS
6                                     UNITED STATES DISTRICT JUDGE

7 Presented by,

8 DeCARLO, CONNOR & SHANLEY
A Professional Corporation

10 By: /s/ Margaret R. Gifford  9/12/11
      MARGARET R. GIFFORD
11    Attorney for Plaintiffs

4