JODI SIEGNER, Bar No. 102884
Email Address: jsiegner@deconsel.com
a member of
DeCARLO & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone (213) 488-4100
Telecopier (213) 488-4180

NOTE: CHANGES MADE BY THE COURT

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL CHRISTOPHER FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership; TRACY ELLEN FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership; CREATIVE CEILING SOLUTIONS, a partnership; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 11-3924 GAF(MRWx)<br><br>[~~PROPOSED~~] ORDER REQUIRING TRACY ELLEN FISH, individually and dba CREATIVE CEILING SOLUTIONS, a partnership, TO APPEAR AND SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO OBEY ORDER COMPELLING HER ATTENDANCE AT JUDGMENT DEBTOR EXAMINATION<br><br>DATE:　July 23, 2014<br>TIME:　9:30 a.m.<br>CTRM:　H, 9th Floor<br>　　　　312 N. Spring Street<br>　　　　Los Angeles, CA |

TO TRACY ELLEN FISH, individually and doing business as CREATIVE CEILING SOLUTIONS, a partnership:

　　　On February 28, 2014, an order for a judgment debtor examination of TRACY ELLEN FISH, individually and doing business as CREATIVE CEILING

SOLUTIONS, a partnership, was issued ordering TRACY ELLEN FISH to appear in Courtroom H, 9th Floor of the United States District Court, Central District of California, located at 312 N. Spring Street, Los Angeles, California on May 14, 2014 at 9:30 a.m.  TRACY ELLEN FISH was personally served with a copy of the application and order for appearance and examination of judgment debtor on March 12, 2014.

On May 14, 2014, the matter was called at 9:30 a.m. and again at 10:10 a.m. There was no appearance by TRACY ELLEN FISH.

Upon TRACY ELLEN FISH failure to appear on May 14, 2014 as ordered by the court on February 28, 2014:

**IT IS HEREBY ORDERED** that TRACY ELLEN FISH appear in Courtroom H, 9th Floor of the above-entitled court, located at 312 N. Spring Street, Los Angeles, California, on July 23, 2014, at 9:30 a .m., then and there to show cause, if any there be, why an order should not be made holding TRACY ELLEN FISH in contempt of court for failure to obey the court's order dated February 28, 2014, and compelling TRACY ELLEN FISH to attend a Judgment Debtor Examination.  **Plaintiff's appearance at the July 23 proceeding and testimony at the subsequent examination will be sufficient to discharge this OSC without further consequence.**

Dated: May 15, 2014

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

Presented by:

DeCarlo & Shanley,
a Professional corporation

By: /s/ Jodi Siegner
    JODI SIEGNER
Attorney for Plaintiffs